# COMPLAINT

(for non-prisoner filers without lawyers)

CLERK USDC EDWI
FILED
2023 JUL 10 P 3: 51

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

_Timothy Fisher_

v.

(Full name of defendant(s)) _parties in corrupt parties_

Case Number:

**23-C-0918**

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at _and first District_
   (State)

   _I keep in to fight with mafia ccttc_ _police_
   (Address)

   _police Department_

   _ladon police_

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

I worked several jobs I was not
and in some instances I was not paid
and I did ~~get fill~~ not receive or filed
state and federal taxes. The ~~answer~~
and it is getting ~~talked~~ late, I need
to have instished according to the cpA's
guidelines
Mc Donalds 161 west wisconsin
University university of wisconsin of wisc.
~~mild smily~~ Financial Aid office melon camp
~~answer~~
old world Third Street m.lw

Complaint – 2

1. Jewell Food 20th walnut milw
2. commando project no 1 spc
3. milw Burger King Restaurant east capitol
4. and on Lisbon, ave milw - milw
5. Building maintenace service ss
   schlager milw
6. paper pass milw Bro
7. Laborpool temporary service 45north
   44 north milw
8. Manpowre temporary service Downtown
9. and may fare Road milw
10. social development commission
    Hillside
11. saint James church 20th downtown walnut milw
12. chirst church 20th walnot milw
13. The Journal sentnel milw
14. shoe sine boy Hellside area
15. nine street school crossing guard
16. Rosevelt middle school Hall aid
17. House of corrections
18. wales school for boy
20. wanabage mental Health instutent

21. Arena MECCA conytown center through
    milwauket Area Technical college.
23. county fail first distryct

Case 2:23-cv-00918-BHL    Filed 07/10/23    Page 3 of 5    Document 1

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

when I got up some size from a kid about 5 years, I have always been a provider for my family. I have never beggede none one for anything, and they arent giving or caring. I worked and paid wages, state and federal taxes and entrest and interest of accamie associated? I am up for scperoisor benefits abbi; Ernest present braint. James merira midford and present and narcatla fisher middle (Authen)

E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____10_____ day of ___July_____ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.